B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **New Stream Capital, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> **Porter Capital Management, LLC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): <br> 43-1980364 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 38C Grove Street <br> Ridgefield, CT <br> ZIP CODE 06877 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Fairfield | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

### Type of Debtor
(Form of Organization) (Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- [✓] A plan is being filed with this petition.
- [✓] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [✓] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [✓] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **New Stream Capital, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Schedule 1** | Case Number: | Date Filed: |
| District: **District of Delaware** | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): New Stream Capital, LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney\*** X /s/ Kurt F. Gwynne Signature of Attorney for Debtor(s) Printed Name of Attorney for Debtor(s) **Kurt F. Gwynne (No. 3951)** Firm Name **Reed Smith LLP, 1201 Market Street, Suite 1500 Wilmington, DE 19801** Address **302-778-7500** Telephone Number **03/13/2011** Date \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Michael Buenzow Signature of Authorized Individual **Michael Buenzow** Printed Name of Authorized Individual **Chief Restructuring Officer** Title of Authorized Individual **03/13/2011** Date | _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# SCHEDULE 1 TO VOLUNTARY PETITION

On the date hereof each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, these entities filed an application requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1. New Stream Secured Capital, Inc.

2. New Stream Insurance, LLC

3. New Stream Capital, LLC

4. New Stream Secured Capital, L.P.

In addition, on March 7, 2011, involuntary petitions for relief under chapter 11 of title 11 of the United States Code for the affiliated entities listed below were filed in this Court.

1. New Stream Secured Capital Fund (U.S.), L.L.C. (Case No. 11-10690)

2. New Stream Secured Capital Fund K1 (Cayman), Ltd. (Case No. 11-10696)

3. New Stream Secured Capital Fund P1 (Cayman), Ltd. (Case No. 11-10694)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NEW STREAM SECURED CAPITAL, INC., *et al.*,[1] | Case No. 11-_____(____) (Joint Administration Pending) |
| Debtors. | |

## CONSOLIDATED LIST OF CREDITORS HOLDING UNSECURED CLAIMS

The following is a list of creditors holding unsecured claims against the above-captioned debtors (the "Debtors") that have simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of March 13, 2011.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. Section 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SPAR, LP<br>261 Madison Ave.<br>12th Floor<br>New York, NY 10016 | David G. Trachtenberg, Esq.<br>Trachtenberg Rodes<br>  & Friedberg LLP<br>545 Fifth Avenue, Suite 640<br>New York, NY 10017<br>T: (212) 972-2929<br>F: (212) 972-7581 | Litigation claim for commissions | Disputed, Unliquidated | $1.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NEW STREAM SECURED CAPITAL, INC., *et al.*,[1] | Case No. 11-_____ (____) <br> (Joint Administration Pending) |
| Debtors. | |

## DECLARATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING UNSECURED CLAIMS

I, Michael Buenzow, chief restructuring officer of the above-captioned debtors, declare under penalty of perjury under the law of the United States of America that I have reviewed the foregoing Consolidated List of Creditors Holding Unsecured Claims submitted herewith and the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: March 13, 2010

*/s/ Michael Buenzow*
Michael Buenzow
Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

New Stream Secured Capital, et al.
Creditor Matrix

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 21st Services, LLC | | 333 South 7th St Ste 300 | | | Minneapolis | MN | 55402 | |
| Abacus Information Technology Solutions | | 2189 Pkwy Lake Dr | | | Birmingham | AL | 35244-1804 | |
| Accurate Office Machines, Inc | | 304 Federal Rd Ste 116 | | | Danbury | CT | 06804 | |
| Alarm King, Inc | | PO Box 2027 | 16 Lake Ave Extension | | Danbury | CT | 06813 | |
| Appleby | | Clifton House | 75 Fort St | | Grand Cayman | | KY1-1104 | CAYMAN ISLANDS |
| AT & T | | PO Box 5076 | | | Saginaw | MI | 48605-5076 | |
| AVS Underwriting, LLC | | 175 TownPark Dr Ste 400 | | | Kennesaw | GA | 30144 | |
| Bank of Utah | Arge Feotis | Corporate Trust | 200 East South Temple | | Salt Lake City | UT | 84111 | |
| Barfield Murphy Shank & Smith | | PO Box 361687 | | | Birmingham | AL | 35236-1687 | |
| Barfield, Murphy, Shank & Smith PC | | 1121 Riverchase Office Rd | | | Birmingham | AL | 35244 | |
| Bedford Management Ltd | | PO Box HS 187 | | | Harrington Sound | | HSBX | BERMUDA |
| Benesch Friedlander Coplan & Aronoff, LLP | | 200 Public Square Ste 2300 | | | Cleveland | OH | 44114-2378 | |
| Bennett Jones, LLP | | 4500 Bankers Hall East | 855 2nd St S W | | Calgary | AB | T2P 4K7 | CANADA |
| Bloomberg, LP | | PO Box 30244 | | | Hartford | CT | 06150-0244 | |
| BNC National Bank | | 333 South 7th St Ste 150 | | | Minneapolis | MN | 55402 | |
| Butterfield Fulcrum Group Bermuda Ltd | | Rosebank Centre | 11 Bermudiana Rd | | Hamilton | | | BERMUDA |
| Butterfield Trust Bermuda Limited | | 65 Front St | | | Hamilton | | HM 12 | BERMUDA |
| CDW Direct, LLC | | PO Box 75723 | | | Chicago | IL | 60675-5723 | |
| Client Security Fund | | PO Box 1379 | | | Hartford | CT | 06143-1379 | |
| Coffee Distributing Group | | 200 Broadway | PO Box 766 | | Garden City Park | NY | 11040-0604 | |
| Cohere Communications | | 509 Madison Ave 6th Fl | | | New York | NY | 10022 | |
| Commissioner Of Revenue Services | Department of Revenue Services Collection & Enforcement Division | Bankruptcy Unit | 25 Sigourney St Ste 2 | | Hartford | CT | 06106 | |
| Connecticut Secretary of the State | Department of Revenue Services Collection & Enforcement Division | Bankruptcy Unit | 25 Sigourney St Ste 2 | | Hartford | CT | 06106 | |
| Corporation Service Company | | 2711 Centerville Rd | | | Wilmington | DE | 19808 | |
| Corporation Service Company | | 2711 Centerville Rd Ste 400 | | | Wilmington | DE | 19808 | |
| Covalent Capital, LLC | | 3103 Carlisle St | | | Dallas | TX | 75204 | |
| CT Corporation | | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Cyber Ridge, LLC | Jeff Possehl | 3300 South Parker Rd 5th Fl | | | Aurora | CO | 80014 | |
| Dacotah Bank | | PO Box 1210 | | | Aberdeen | SD | 57402-1210 | |
| Delaware Secretary of State | Division of Corporations | PO Box 11728 | | | Newark | NJ | 07101-4728 | |
| Delaware Secretary of State | Division of Corporations | PO Box 74072 | | | Baltimore | MD | 21274 | |
| DIRECTV | | PO Box 60036 | | | Los Angeles | CA | 90060-0036 | |
| DLA Piper, LLP US | | 203 North LaSalle St Ste 1900 | | | Chicago | IL | 60601-1293 | |
| DMS Management, Ltd | | PO Box 31910 | 20 Genesis lose | | Georgetown | Grand Cayman | KY1-1 | CAYMAN ISLANDS |
| Doso Realty, LLC | | 805 Third Ave Ste 1100 | | | New York | NY | 10017 | |
| Edwards Angell Palmer & Dodge LLP | | PO Box 40956 | | | Hartford | CT | 06150-0956 | |
| eFax Corporate | c o j2 Global Communications Inc | PO Box 51873 | | | Los Angeles | CA | 90051-6173 | |
| EverGreen Environments, LLC | | 10 Turnberry Ln Unit 1 | | | Sandy Hook | CT | 06482 | |
| Examination Management Services, Inc | | PO Box 202669 | | | Dallas | TX | 75320-2669 | |

Page 1 of 3

3/13/2011
7:03 PM

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Faegre & Benson, LLP | | NW 6139 | PO Box 1450 | | Minneapolis | MN | 55485-6139 | |
| Federal Express | | PO Box 371461 | | | Pittsburgh | PA | 15250-7461 | |
| Fidelifacts | | 42 Broadway | | | New York | NY | 10004-1617 | |
| Financial Dynamics International Limited | | Wall St Plz | 88 Pine St 32nd Fl | | New York | NY | 10005 | |
| Fowler White Boggs, PA | | 1200 East East Las Olas Blvd Ste 400 | | | Fort Lauderdale | FL | 33301 | |
| FTI Consulting, Inc | | 227 West Monroe St Ste 900 | | | Chicago | IL | 60606 | |
| Georgia Department of Revenue | State Revenue Commissioner Department of Revenue | 1800 Century Blvd Attn Bankruptcy | | | Atlanta | GA | 30345 | |
| Greenbaum Doll & McDonald, PLLC | | PO Box 635179 | | | Cincinnati | OH | 45263-5179 | |
| Greenberg Traurig, LLP | Attorneys at Law | 1000 Louisiana Ste 1800 | | | Houston | TX | 77002 | |
| Guggenheim Securities, LLC | | 135 East 57th St 7th Fl | | | New York | NY | 10022 | |
| Hasler, Inc | | PO Box 3808 | | | Milford | CT | 06460-8708 | |
| Headland Management, Ltd | | 48 Par la Ville Rd Ste 1531 | | | | | | BERMUDA |
| Herbert L Jamison & Co., LLC | Jonathan | 100 Executive Dr | | | West Orange | NJ | 07052-3362 | |
| Hobe & Lucas CPAs, Inc | | 4807 Rockside Rd No 510 | | | Independence | OH | 44131 | |
| Inglewood Associates, LLC | | 22239 Parnell Rd | | | Shaker Heights | OH | 44122-2728 | |
| Internal Revenue Service United States Treasury | Federal Tax Deposit Processing | PO Box 970030 | | | St Louis | MO | 63197 | |
| Iron Mountain, Inc | | 745 Atlantic Ave | | | Boston | MA | 02111 | |
| J H Cohn, LLP | | 1212 Ave of America 12th Fl | | | New York | NY | 10036 | |
| Janco Business Systems | | 14 Town Line Rd | | | Wolcott | CT | 06716 | |
| Kenneth Shilson & Associates, PC | | 2180 North Loop West Ste 260 | | | Houston | TX | 77018 | |
| Kohrman Jackson & Krantz, PLL | | One Cleveland Ctr 20th Ctr | | | Cleveland | OH | 44114-1793 | |
| KPMG Advisory Limited | | Crown House | 4 Par la Ville Rd | | Hamilton | | HM 08 | BERMUDA |
| KPMG International | | Crown House | 4 Par la Ville Rd | | Hamilton | | | BERMUDA |
| Kurtzman Carson Consultants, LLC | | 2335 Alaska Ave | | | El Segundo | CA | 90245 | |
| LAB Construction, LLC | | 31 Robbinhood Rd | | | Danbury | CT | 06811 | |
| Leonard Street & Deinard | | 150 South 5th St Ste 2300 | | | Minneapolis | MN | 55402 | |
| Lexis Nexis | | PO Box 7247 7090 | | | Philadelphia | PA | 19170-7090 | |
| Life Product Developers, Inc | | 3 Timber Springs | | | New Fairfield | CT | 06812 | |
| Litai Assets, LLC | | 43 South Pompano Pkwy | PMB No 101 | | Pompano Beach | FL | 33069 | |
| McDonald Hopkins, LLC | | 600 Superior Ave E Ste 2100 | | | Cleveland | OH | 44144 | |
| Morris, Manning & Martin, LLP | | 1600 Atlanta Financial Ctr | 3343 Peachtree Rd NE | | Atlanta | GA | 30326-1044 | |
| Mortgage Insurance Agency, LTD | | 1125 Mitchell Ct | | | Crystal Lake | IL | 60014 | |
| National Corporate Research, LTD | | 10 East 40th St 10th Fl | | | New York | NY | 10016 | |
| National Corporate Research, LTD | | 615 South DuPont Hwy | | | Dover | DE | 19901 | |
| Neopost New England | | 3 Metals Dr | | | Southington | CT | 06489 | |
| Northstar Financial Services Bermuda, Ltd | | Victoria Hall 11 Victoria St | | | Hamilton | | HM 11 | BERMUDA |
| Offshore Business Solutions | | PO Box 31910 | | | Georgetown | | KY1-1208 | CAYMAN ISLANDS |
| OMelveny & Myers, LLP | | 1625 Eye St NW | | | Washington | DC | 20006 | |
| Otterbourg Steindler Houston & Rosen PC | | 230 Park Ave | | | New York | NY | 10169-0075 | |
| Potter Anderson & Corroon LLP | | Hercules Plz | PO Box 951 | | Wilmington | DE | 19899 | |
| PriceWaterhouseCoopers, LLP | | PO Box 7247 8001 | | | Philadelphia | PA | 19170-8001 | |
| Reed Smith, LLP | | 599 Lexington Ave | | | New York | NY | 10022 | |
| Reed Smith, LLP | | PO Box 189 | | | Laurel | NY | 11948 | |
| Reuters | | GPO Box 10410 | | | Newark | NJ | 07193-0410 | |
| Reynolds & Rowella, LLP | | 90 Grove St Ste 101 | | | Ridgefield | CT | 06877 | |
| Salesforce.com | | The Landmark at One Market Ste 300 | | | San Francisco | CA | 94105 | |
| Sedgwick Chudleigh | | Mercury House | 101 Front St | | | | | BERMUDA |

New Stream Secured Capital, et al.
Creditor Matrix

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Shipman & Goodwin, LLP | | 300 Atlantic St | | | Stamford | CT | 06901-3522 | |
| Shred It Connecticut | | 29 Diana Ct | | | Cheshire | CT | 06410 | |
| SPAR LP | | 261 Madison Ave 12th Fl | | | New York | NY | 10016 | |
| Sperry Fund Management, LLC | | 400 Park Ave 16th Fl | | | New York | NY | 10022 | |
| Standard & Poors | | 2542 Collection Ctr Dr | | | Chicago | IL | 60693 | |
| Stroz Friedberg, LLC | | 32 Ave of the Americas 4th Fl | | | New York | NY | 10013 | |
| T Mobile | | PO Box 742596 | | | Cincinnati | OH | 45274-2596 | |
| The Company Corporation | | 2711 Centerville Rd | | | Wilmington | DE | 19808 | |
| The Company Corporation | | PO Box 13397 | | | Philadelphia | PA | 19101-3397 | |
| The Hartford | | PO Box 2907 | | | Hartford | CT | 06104-2907 | |
| The Network Support Company | | 7 Kenosia Ave Ste 2B | | | Danbury | CT | 06810 | |
| Thomson Reuters Markets LLC | Thomas Lux | PO Box 71601 | | | Chicago | IL | 60694-1601 | |
| United States Treasury | | PO Box 105416 | | | Atlanta | GA | 30348-5416 | |
| UPS | | PO Box 7247 0244 | | | Philadelphia | PA | 19170-0001 | |
| W B Mason Company, Inc | | PO Box 111 | | | Brockton | MA | 02303 | |
| Wells Fargo Bank | | 7000 Central Pkwy Ste 550 | | | Atlanta | GA | 30328 | |
| Wilmington Trust Co | | PO Box 8955 | | | Wilmington | DE | 19899-8955 | |
| Winthrop & Weinstine, PA | | 225 South 6th St Ste 3500 | | | Minneapolis | MN | 55402-4629 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW STREAM SECURED CAPITAL, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-_____ (___) <br> (Joint Administration Pending) |

## CERTIFICATION OF CONSOLIDATED LIST OF CREDITORS

The foregoing consolidated list of creditors being filed in electronic format (the "Creditor List") constitutes a full and complete list of the name and address of each creditor. This list is being filed pursuant to 11 U.S.C. § 521, Rules 1007 and 1008 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. The above captioned debtors (the "Debtors") reserve the right to file an amended or supplemental list of creditors. The Creditor List is based upon the internal bookkeeping records of the Debtors and is accurate to the best of the undersigned's knowledge, information and belief, subject to further review.

I, Rich Pereira, chief financial officer of the Debtors in these cases, declare under penalty of perjury that I have read the Creditor List and it is true and correct to the best of my knowledge, information and belief.

Dated: March 13, 2010

*/s/ Rich Pereira*
Rich Pereira
Chief Financial Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

NEW STREAM CAPITAL, LLC,
a Delaware limited liability company,
                      Debtor.

Case No.: 11-B-

Chapter 11

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the following are corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

| SHAREHOLDER | APPROX. OWNERSHIP PERCENTAGE |
| --- | --- |
| Bryson Holdings, LLC | 33.3% |
| BCG Capital, LLC | 33.3% |
| Lowerline Corporation | 33.4% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Michael Buenzow, chief restructuring officer of New Stream Capital, LLC, a Delaware limited liability company, named as a debtor in this case, declare under penalty of perjury that I have read the foregoing Corporation Ownership Statement, and that it is true and correct to the best of any information and belief.

Dated: March 13, 2011

By: NEW STREAM CAPITAL, LLC,
     A Delaware limited liability company,

By: *[signature: Michael Buenzow]*
     Michael Buenzow
     Chief Restructuring Officer

# RESOLUTIONS ADOPTED BY THE BOARD OF MEMBERS
# OF NEW STREAM CAPITAL, LLC
# IN LIEU OF A SPECIAL MEETING

The undersigned, being all the members of New Stream Capital, LLC, a Delaware limited liability company (the "Company"), hereby unanimously consent to the adoption of the following resolutions taking or authorizing the actions specified:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware be, and hereby is authorized; it is

FURTHER RESOLVED, that Michael Buenzow, as chief restructuring officer of the Company be, and hereby is, authorized to execute a petition for relief under Chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware; it is

FURTHER RESOLVED, that Michael Buenzow, as chief restructuring officer of the Company, hereby is, authorized and directed, on behalf of the Company, to retain the law firm of Reed Smith LLP, as bankruptcy counsel to the Company, to render legal services to, and to represent, the Company in connection with such proceeding and other related matters in connection therewith, on such terms as such Member shall approve; it is

FURTHER RESOLVED, that Michael Buenzow, as chief restructuring officer of the Company hereby is authorized and directed to take any and all such further action, to retain any other professionals in this Chapter 11 bankruptcy case and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as his judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purpose of the resolution adopted herein; it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by Michael Buenzow, as chief restructuring officer of the Company or by any Member of the Company in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions are hereby in all respects ratified, confirmed and approved.

This consent may be executed in counterparts and all so executed shall constitute one consent notwithstanding that all the officers/directors are not signatories to the original or the same counterpart.

Dated: March 11, 2011

**MEMBERS**:

BRYSON HOLDINGS, LLC

By: David A. Bryson, Member

BCG CAPITAL, LLC

By: Bart Gutekunst, Member

LOWERLINE CORPORATION

By: Donald Porter, President